IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | : |
| Plaintiffs, | : |
| v. | :    **Case No. 1:12-cv-167** |
| D.J.'S SHOES & THINGS, INC. d/b/a DJ'S SHOES & THINGS, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## SATISFACTION OF JUDGMENT

COME NOW Plaintiffs, Coach Inc. and Coach Services, Inc., by and through their undersigned counsel, and hereby acknowledge receipt of payment in full and in satisfaction of the Consent Judgment, exclusively, entered on February 19, 2014 (Dkt. No. 29), in favor of Plaintiffs and against Defendant D.J.'s Shoes & Things, Inc. d/b/a DJ's Shoes & Things, in the above-styled matter.

Dated:  February 21, 2014        Respectfully submitted,

                                                                 BRYAN CAVE LLP

                                                                  By: /s/ Amy E. Breihan
                                                                  Jason A. Kempf, #59897MO
                                                                  Amy E. Breihan, #65499MO
                                                                  211 N. Broadway, Suite 3600
                                                                  St. Louis, MO 63102
                                                                  (314) 259-2000 (telephone)
                                                                  (314) 259-2020 (facsimile)
                                                                  Jason.Kempf@BryanCave.com
                                                                  Amy.Breihan@BryanCave.com
                                                                 *Counsel for Coach, Inc.*
                                                                  *and Coach Services, Inc.*

4210450.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served upon all counsel of record on this 21st day of February, 2014, via the court's electronic filing system.

By: /s/ Amy E. Breihan

4210450.1